IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT GARDNER, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.   4:19-cv-1837 |
| | § | |
| REPUBLIC WASTE SERVICES OF TEXAS, | § | |
| LTD AND REPUBLIC WASTE SERVICES | § | |
| OF TEXAS GP, INC. | § | |
|     Defendants. | § | |

**EXHIBIT A**
**INDEX OF MATTERS FILED WITH NOTICE OF REMOVAL**

**No.**          **Document**

1.          Plaintiff's Original Petition and Request for Disclosures – Filed April 12, 2019

2.          Citation and Affidavit of Service – Republic Waste Services of Texas, Ltd. – Served April 23, 2019

3.          Citation and Affidavit of Service – Republic Waste Services of Texas GP, Inc. – Served April 23, 2019

4.          Defendant Republic Waste Services of Texas, Ltd.'s Original Answer – Filed May 21, 2019

5.          Defendant Republic Waste Services of Texas GP, Inc.'s Original Answer – Filed May 21, 2019

6.          Case Summary (Docket Sheet)

7.          List of Counsel of Record

No. 1

4/12/2019 3:25 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 3274917!
By: Joshua Ha
Filed: 4/12/2019 3:25 PM

# 2019-26341 / Court: 215

**CAUSE NO. _____**

| | | |
|---|---|---|
| **DWIGHT GARDNER,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **REPUBLIC WASTE SERVICES OF TEXAS,** | § | |
| **LTD. and REPUBLIC WASTE SERVICES** | § | |
| **OF TEXAS GP, INC.** | § | |
| | § | |
| *Defendants.* | § | **_____ JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Dwight Gardner and for cause of action would respectfully show

this Honorable Court as follows:

### I.    DISCOVERY CONTROL PLAN

1.    Plaintiff hereby asserts discovery in the above-referenced cause of action is

intended to be conducted under Level 2 of Texas Rule of Civil Procedure 190.3.

### II.    PARTIES

2.    Plaintiff Dwight Gardner is a resident of Harris County, Texas.

3.    Defendant Republic Waste Services of Texas, Ltd. is a Texas corporation that can

be served through its registered agent, CT Corporation System, at 1999 Bryan St., Ste. 900,

Dallas, TX 75201. Hereinafter, Defendant Republic Waste Services of Texas GP, Inc. and

Defendant Republic Waste Services of Texas GP, Inc. will be collectively referred to as

"Defendant Companies."

4.    Defendant Republic Waste Services of Texas GP, Inc. is a Delaware corporation

doing business in the state of Texas that can be served through its registered agent, CT

Corporation System, at 1999 Bryan St., Ste. 900, Dallas, TX 75201. Hereinafter, Defendant Republic Waste Services of Texas GP, Inc. and Defendant Republic Waste Services of Texas GP, Inc. will be collectively referred to as "Defendant Companies."

## III.    JURISDICTION AND VENUE

5.      This court has subject-matter jurisdiction over this matter pursuant to the common law of the State of Texas. This court has personal jurisdiction over the above-referenced parties because all of the parties are Texas residents or are conducting business in the State of Texas.

6.      Venue for this action is proper in Harris County, Texas, pursuant to Texas Civil Practice and Remedies Code 15.002(b). In accordance with Tex. R. Civ. Pro. 47, Plaintiff seeks damages in excess of $1,000,000.00.

## IV.    STATEMENT OF FACTS

7.      On or around October 12, 2018, Plaintiff Dwight Gardner was performing work on behalf of Defendant Companies. Part of his job assignment included regularly visiting a landfill owned by Defendant Companies and, while there, assisting with emptying on-site dumpsters owned by Defendant Companies.

8.      After emptying one such dumpster, Plaintiff Dwight Gardner attempted to close the dumpster's door. However, the dumpster was poorly maintained and in an unreasonably dangerous condition.

9.      As a result of the dumpster's poor condition, Plaintiff Dwight Gardner's left hand was violently crushed in the process of trying to close the dumpster's door, causing Plaintiff Dwight Gardner to suffer severe and debilitating injury to his hand.

10.     Plaintiff Dwight Gardner has been unable to perform his job duties for Defendant

2

Companies since then due to his injuries. Plaintiff Dwight Gardner has incurred significant medical expenses, which are continuing to accrue and will continue to accrue for the foreseeable future. Plaintiff Dwight Gardner's injuries have also impacted his family and caused Plaintiff Dwight Gardner severe pain and mental anguish.

## V.    CAUSES OF ACTION

11.    Plaintiff Dwight Gardner incorporates the allegations above as if fully set forth herein.

### A. *Negligence / Premises Liability*

12.    Defendant Companies proximately caused the incident complained of herein through the following enumerated negligent acts and/or omissions:

- Failing to provide a safe work place;
- Failing to provide adequate training;
- Placing Plaintiff Dwight Gardner in a dangerous position and failing to act as a reasonable person in preventing harm;
- Failing to provide appropriate equipment for Plaintiff Dwight Gardner's use;
- Failing to warn Plaintiff Dwight Gardner of the dangers associated with the task;
- Failing to warn Plaintiff Dwight Gardner of dangers associated with the equipment provided by Defendant Companies.
- In failing to remove, eliminate or abate the dangerous conditions which existed at all times material hereto; and

### B.   REQUEST FOR DISCLOSURE

13.    Pursuant to Texas Rule of Civil Procedure 194, Plaintiff requests that Defendants disclose, within 30 days of the service for this request, the information or material described in

3

Rule 194.2.

## C. JURY DEMAND

14.     Plaintiff Dwight Gardner demands a jury trial.

## D. PRAYER FOR RELIEF

15.     Plaintiff Dwight Gardner prays that citation issue and be served upon Defendant Companies requiring them to appear and answer.  Plaintiff Dwight Gardner seeks damages in excess of the minimum jurisdictional limits of this court, monetary relief in excess of $1,000,000, pre-judgment and post-judgment interest, court costs, and all such other relief to which Plaintiff Dwight Gardner shows himself justly entitled, including but not limited to:

- Actual damages;
- Past and future lost wages;
- Past and future medical expenses;
- Past and future pain and suffering;
- Past and future mental anguish;
- Past and future impairment;
- Past and future loss of household services;
- Attorney's fees and expenses.

Respectfully submitted,
**WILLIAMS, KHERKHER, HART, BOUNDAS, L.L.P.**

By:     */s/ Eloy Gaitan*
**JIM HART**
State Bar No. 09147400
**ELOY E. GAITAN**
State Bar No. 00790730
**CESAR TAVARES**
State Bar No. 24093726
8441 Gulf Freeway, Suite 600
Houston, Texas  77017-5051
(713) 230-2200
(713) 643-6226 [facsimile]
PIDept@williamskherkher.com

4

No. 2

4/25/2019 3:56 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 33077262
By: Joshua Boyll
Filed: 4/25/2019 3:56 PM

Document Number: 84969852 - Page 1 of 2

| RECEIPT NUMBER | | 0.00 |
|---|---|---|
| TRACKING NUMBER | 73615105 | CIV |

**CAUSE NUMBER**    201926341

| | |
|---|---|
| **PLAINTIFF:** GARDNER, DWIGHT | **In The** 215th |
| vs. | **Judicial District Court of** |
| **DEFENDANT:** REPUBLIC WASTE SERVICES OF TEXAS LTD | **Harris County, Texas** |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: REPUBLIC WASTE SERVICES OF TEXAS LTD (TEXAS CORPORATION) CAN BE SERVED
   THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
   1999 BRYAN ST STE 900   DALLAS TX 75201

Attached is a copy of   PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE.

This instrument was filed on the ____12th____ day of ____April____, 20__19__, in the above cited cause number and court. The instrument attached describes the claim against you.

   **YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**
   **This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ____18th____ day of ____April____, 20__19__.

Issued at request of:
GAITAN, ELOY ERNESTO
8441 GULF FRWY #600
HOUSTON, TX 77017
TEL: (713) 230-2200
Bar Number: 790730

**MARILYN BURGESS, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O.Box 4651, Houston, Texas 77210**

**Generated by:** DENMON, BRIANNA JANEL
3B5//11206775

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20_____, at _____ o'clock ___.M., endorsed

the date of delivery thereon, and executed it at _____, _____
                                                          (STREET ADDRESS)                      (CITY)

in _____ County, Texas on the _____ day of _____, 20_____, at _____ o'clock ___.M.,

by delivering to _____, by delivering to its
                       (THE DEFENDANT CORPORATION NAMED IN CITATION)

_____, in person, whose name is _____,
(REGISTERED AGENT, PRESIDENT, OR VICE-PRESIDENT)

a true copy of this citation, with a copy of the _____ Petition attached,
                                                  (DESCRIPTION OF PETITION, E.G., "PLAINTIFF'S ORIGINAL")

and with accompanying copies of _____.
                                          (ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $_____

By: _____
         (SIGNATURE OF OFFICER)

Printed Name: _____

As Deputy for: _____
_____                    (PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)
**Affiant Other Than Officer**

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20_____

_____
Notary Public

N.INT.CITC.P                    *73615105*

## CAUSE NO. 2019-26341

**DWIGHT GARDNER**
**VS.**

**IN THE 215TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**

**REPUBLIC WASTE SERVICES OF TEXAS, LTD. AND REPUBLIC WASTE SERVICES OF TEXAS GP, INC.**

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, _____Guy C. Connelly_____ (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is _____Guy C. Connelly_____ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 2701 W. 15th, Plano, TX 75075

(SERVER'S ADDRESS)

2. ON _4/23/19_ (DATE) AT _9_:_30_ (_A_) M (TIME) CITATION CORPORATE, PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE, FIRST SET OF DISCOVERY REQUESTS TO DEFENDANTS came to hand for delivery to REPUBLIC WASTE SERVICES OF TEXAS, LTD. (TEXAS CORPORATION) BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM.

3. ON _4/23/19_ (DATE) AT _10_:_55_ (_A_) M (TIME) - The above named documents were delivered to: REPUBLIC WASTE SERVICES OF TEXAS, LTD. (TEXAS CORPORATION) BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM by delivering to

_MELISSA TORRES P.S._

(NAME AND TITLE), authorized agent for service @

1999 Bryan, Suite 900, Dallas, TX 75201

(ADDRESS), by CORPORATE Service

**SIGNATURE**
PSC# _2201_ EXPIRATION: _9/30/20_

Guy C. Connelly
**AFFIANT PRINTED NAME**

SWORN TO AND SUBSCRIBED before me by _____Guy C. Connelly_____ appeared on this _23_ day of _APRIL_, 2019 to attest witness my hand and seal of office.

**NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS**

2019.04.372738

Anna M. Connelly
My Commission Expires
03/13/2023
ID No. 128022935



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 21, 2019

Certified Document Number:        84969852 Total Pages:   2

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

No. 3

04312713

4/26/2019 11:38 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 33097923
By: Joshua Bovell
Filed: 4/26/2019 11:38 AM

Document Number: 84977214 - Page 1 of 2

RECEIPT NUMBER _____ 0.00

TRACKING NUMBER _____ 73615110   CIV

**CAUSE NUMBER**   201926341

| | |
|---|---|
| **PLAINTIFF:** GARDNER, DWIGHT | **In The** 215th |
| vs. | **Judicial District Court of** |
| **DEFENDANT:** REPUBLIC WASTE SERVICES OF TEXAS LTD | **Harris County, Texas** |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: REPUBLIC WASTE SERVICES OF TEXAS GP INC (DELAWARE CORPORATION) CAN
BE SERVED THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900   DALLAS TX  75201

Attached is a copy of  PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE.

This instrument was filed on the _____12th____ day of _____April_____, 20__19__, in the
above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ____18th___ day of
____April_____, 20__19__ .

*[seal: DISTRICT COURT OF HARRIS COUNTY TEXAS]*

*[signature]*

**MARILYN BURGESS, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O.Box 4651, Houston, Texas 77210**

Issued at request of:
GAITAN, ELOY ERNESTO
8441  GULF FRWY #600
HOUSTON, TX  77017
TEL: (713) 230-2200
Bar Number: 790730

**Generated by:** DENMON, BRIANNA JANEL
3B5//11206775

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20_____, at _____ o'clock ___.M., endorsed

the date of delivery thereon, and executed it at _____, _____,
_____(STREET ADDRESS)_____(CITY)

in _____ County, Texas on the _____ day of _____, 20_____, at _____ o'clock ___.M.,

by delivering to _____, by delivering to its
_____(THE DEFENDANT CORPORATION NAMED IN CITATION)

_____, in person, whose name is _____ _____,
___(REGISTERED AGENT, PRESIDENT, OR VICE-PRESIDENT)

a true copy of this citation, with a copy of the _____ Petition attached,
_____(DESCRIPTION OF PETITION, E.G. "PLAINTIFF'S ORIGINAL")

and with accompanying copies of _____ .
_____(ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THE PETITION)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____ .

FEE: $_____        By: _____
                              (SIGNATURE OF OFFICER)

                         Printed Name: _____

_____        As Deputy for: _____
**Affiant Other Than Officer**                        (PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20_____

_____
Notary Public

N.INT.CITC.P                              *73615110*

## CAUSE NO. 2019-26341

DWIGHT GARDNER
VS.

IN THE 215TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

REPUBLIC WASTE SERVICES OF
TEXAS, LTD. AND REPUBLIC
WASTE SERVICES OF TEXAS GP,
INC.

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, ___Guy C. Connelly___ (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is ___Guy C. Connelly___ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:

2701 W. 15th, Plano, TX 75075

(SERVER'S ADDRESS)

2. ON __4/23/19__ (DATE) AT __9:30__ (_A_) M (TIME) CITATION CORPORATE, PLAINTIFF'S ORIGINAL PETITION REQUEST FOR DISCLOSURE, FIRST SET OF DISCOVERY REQUESTS TO DEFENDANTS came to hand for delivery to REPUBLIC WASTE SERVICES OF TEXAS GP, INC. (DELAWARE CORPORATION) BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM.

3. ON __4/23/19__ (DATE) AT __10:55__ (_A_) M (TIME) – The above named documents were delivered to: REPUBLIC WASTE SERVICES OF TEXAS GP, INC. (DELAWARE CORPORATION) BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM by delivering to

__MELISSA TORRES- P.S.__

(NAME AND TITLE), authorized agent for service @

1999 Bryan, Suite 900, Dallas, TX 75201

(ADDRESS), by CORPORATE Service

SIGNATURE
PSC# __2201__ EXPIRATION: __9/30/20__

Guy C. Connelly
AFFIANT PRINTED NAME

SWORN TO AND SUBSCRIBED before me by ___Guy C. Connelly___ appeared on this __23__ day of __April__, 2019 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS



2019.04.372735

Anna M. Connelly
My Commission Expires
03/13/2023
ID No. 126022935



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 21, 2019

Certified Document Number:        84977214 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

No. 4

5/21/2019 11:04 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 33734583
By: Lisa Thomas
Filed: 5/21/2019 11:04 AM

CAUSE NO. <u>2019-26341</u>

| | | |
|---|---|---|
| DWIGHT GARDNER, | § | IN THE JUDICIAL DISTRICT |
| Plaintiff, | § | |
| | § | |
| v. | § | 215TH DISTRICT COURT |
| | § | |
| BFI WASTE SERVICES OF TEXAS, LP | § | |
| AND REPUBLIC WASTE SERVICES | § | |
| OF TEXAS, LTD. | § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

**<u>DEFENDANTS BFI WASTE SERVICES OF TEXAS, LP AND
REPUBLIC WASTE SERVICES OF TEXAS, LTD.'S ORIGINAL ANSWER</u>**

Defendants BFI Waste Services of Texas, LP and Republic Waste Services of Texas, Ltd. (collectively "Republic") files their Original Answer and would respectfully show the following:

**I.**

**<u>GENERAL DENIAL</u>**

1.      Republic, in accordance with Rule 92 of the Texas Rules of Civil Procedure, denies generally each and every allegation in Plaintiff's Original Petition and demands strict proof thereof.

**<u>PRAYER</u>**

2.      For these reasons, Defendants BFI Waste Services of Texas, LP and Republic Waste Services of Texas, Ltd. asks this Court to dismiss Republic from the instant suit and/or enter judgment that Plaintiff Dwight Gardner takes nothing from Republic, that Republic be awarded its costs, and that Republic be awarded such other and further relief to which it is entitled.

Respectfully submitted,

**GLAST, PHILLIPS & MURRAY, P.C.**

BY: /s/ Joseph D. Zopolsky
   Joseph D. Zopolsky
   State Bar No. 24033500
   James C. Erdle, Jr.
   State Bar No. 24069680
   Misty M. Escobedo
   State Bar No. 24066810

14801 Quorum Drive, Suite 500
Dallas, Texas 75254-1449
972.419.8300
972.419.8329 facsimile
jzopolsky@gpm-law.com
jerdle@gpm-law.com
mescobedo@gpm-law.com

COUNSEL FOR DEFENDANT
BFI WASTE SERVICES OF TEXAS, LP
AND REPUBLIC WASTE SERVICES
OF TEXAS, LTD.

## CERTIFICATE OF SERVICE

   This is to certify that a true and correct copy of the foregoing document was served upon all counsel of record in the above-captioned cause, pursuant to TEX. R. CIV. P. 21a on this 21st day of May 2019, by:

Hand Delivery:   _____
Electronic Service:  ___XX_____
Fax Transmittal:   _____

         /s/ Joseph D. Zopolsky
         Joseph D. Zopolsky

No. 5

CAUSE NO. <u>2019-26341</u>

| | | |
|---|---|---|
| DWIGHT GARDNER, | § | IN THE JUDICIAL DISTRICT |
| Plaintiff, | § | |
| | § | |
| v. | § | 215TH DISTRICT COURT |
| | § | |
| REPUBLIC WASTE SERVICES OF | § | |
| TEXAS, LTD AND REPUBLIC WASTE | § | |
| SERVICES OF TEXAS GP, INC. | § | |
| | § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

### <u>DEFENDANT REPUBLIC WASTE SERVICES OF TEXAS GP, INC'S ORIGINAL ANSWER</u>

Defendant Republic Waste Services of Texas GP, Inc. ("Republic") files its Original Answer and would respectfully show the following:

### I.

### <u>GENERAL DENIAL</u>

1.     Republic, in accordance with Rule 92 of the Texas Rules of Civil Procedure, denies generally each and every allegation in Plaintiff's Original Petition and demands strict proof thereof.

### <u>PRAYER</u>

2.     For these reasons, Defendant Republic Waste Services of Texas GP, Inc. asks this Court to dismiss Republic from the instant suit and/or enter judgment that Plaintiff Dwight Gardner takes nothing from Republic, that Republic be awarded its costs, and that Republic be awarded such other and further relief to which it is entitled.

Respectfully submitted,

**GLAST, PHILLIPS & MURRAY, P.C.**

BY:   <u>/s/ Joseph D. Zopolsky</u>
       Joseph D. Zopolsky
       State Bar No. 24033500
       James C. Erdle, Jr.
       State Bar No. 24069680
       Misty M. Escobedo
       State Bar No. 24066810

14801 Quorum Drive, Suite 500
Dallas, Texas 75254-1449
972.419.8300
972.419.8329 facsimile
jzopolsky@gpm-law.com
jerdle@gpm-law.com
mescobedo@gpm-law.com

COUNSEL FOR DEFENDANTS
REPUBLIC WASTE SERVICES
OF TEXAS, LTD AND REPUBLIC
WASTE SERVICES OF TEXAS GP, INC.

<u>**CERTIFICATE OF SERVICE**</u>

     This is to certify that a true and correct copy of the foregoing document was served upon all counsel of record in the above-captioned cause, pursuant to TEX. R. CIV. P. 21a on this 21st day of May 2019, by:

Hand Delivery:        <u>            </u>
Electronic Service:    <u>    XX    </u>
Fax Transmittal:      <u>            </u>

                <u>/s/ Joseph D. Zopolsky</u>
                Joseph D. Zopolsky

No. 6

## Chronological Case History

| **Style** | GARDNER, DWIGHT vs. REPUBLIC WASTE SERVICES OF TEXAS LTD | | | |
|---|---|---|---|---|
| **Case Number** | 201926341 | **Case Status** | Active - Civil | **Case Type** | PERSONAL INJ (NON-AUTO) |
| **File Court** | 215 | **File Date** | 4/12/2019 | **Next Setting** | N/A |

| Date | Type | Description |
|---|---|---|
| 4/12/2019 | ACTIVITY | JURY FEE PAID (TRCP 216) **COURT:** 215 |
| 4/12/2019 | DOCUMENT | ORIGINAL PETITION **COURT:** 215 **ATTORNEY:** GAITAN, ELOY ERNESTO **PERSON FILING:** GARDNER, DWIGHT |
| 4/23/2019 | SERVICE | **PERSON SERVED:** REPUBLIC WASTE SERVICES OF TEXAS LTD (TEXAS CORPORATION) CAN BE SERVEDTHROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM **SERVICE TYPE:** CITATION CORPORATE **INSTRUMENT:** APPLICATION FOR WRIT OF CERTIORARI |
| 4/23/2019 | SERVICE | **PERSON SERVED:** REPUBLIC WASTE SERVICES OF TEXAS GP INC (DELAWARE CORPORATION) CANBE SERVED THROUGH ITS REGISTERED AGENT CT CORPORATION SYSTEM **SERVICE TYPE:** CITATION CORPORATE **INSTRUMENT:** APPLICATION FOR WRIT OF CERTIORARI |

No. 7

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DWIGHT GARDNER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.   4:19-cv-1837 |
| | § | |
| REPUBLIC WASTE SERVICES OF TEXAS, | § | |
| LTD AND REPUBLIC WASTE SERVICES | § | |
| OF TEXAS GP, INC. | § | |
| Defendants. | § | |

## LIST OF COUNSEL OF RECORD

**WILLIAMS, KHERKHER, HART, BOUNDAS, LLP**
Jim Hart
State Bar No. 09147400
Eloy E. Gaitan
State Bar No. 00790730
Cesar Tavares
State Bar No. 24093726
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5051
713.230.2200
713.643.6226 facsimile
pidept@williamskherker.com
**Counsel for Plaintiff Dwight Gardner**

**GLAST, PHILLIPS & MURRAY, P.C.**
Joseph D. Zopolsky
Attorney-In-Charge
State Bar No. 24033500
Of Counsel:
James C. Erdle, Jr.
State Bar No. 24069680
14801 Quorum Drive, Suite 500
Dallas, TX 75254-1449
972.419.8300
972.419.8329 facsimile
jzopolsky@gpm-law.com
jerdle@gpm-law.com
**Counsel for Defendants Republic Waste Services of Texas, Ltd. and Republic Waste Services of Texas GP, Inc.**